IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PAUL VOSS                                                                                          PLAINTIFF

v.                                        Case No. 1:15-cv-01001

HOUSING AUTHORITY OF THE
CITY OF MAGNOLIA, ARKANSAS, *et al.*                                          DEFENDANTS

JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendants. ECF No. 24. Plaintiff has filed a response (ECF No. 29), and Defendants have filed a reply. ECF No. 31. This matter is ripe for the Court's consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 21st day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge