# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1650

Paul Voss

Appellant

v.

Housing Authority of the City of Magnolia, Arkansas and Richard Wyse, Individual and Official capacity as Exec. Director of Magnolia Housing Authority

Appellees

------

Appeal from U.S. District Court for the Western District of Arkansas - El Dorado
(1:15-cv-01001-SOH)

------

### MANDATE

In accordance with the opinion and judgment of 02/25/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 26, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit